**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00518-CV

---

### HARRIS COUNTY TEXAS, Appellant

### V.

### COLLINGSWORTH 2001 LIMITED PARTNERSHIP, Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1041613**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed April 3, 2018. On January 11, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant